UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PABLO RIVAS,<br><br>    Plaintiff,<br><br>    vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>    Defendant | Civil No. C05-5500-RBL<br><br><br>ORDER ON REMAND |

Based on the stipulation of the parties, it is hereby ORDERED that the Commissioner's final decision be reversed and remanded for further proceedings pursuant to sentence four of 42 U.S.C. §405(g). Upon remand to the Commissioner of Social Security, the Appeals Council will remand this case to the administrative law judge to (1) update the record as to Plaintiff's impairments; (2) further evaluate Plaintiff's residual functional capacity; and (3) reevaluate and obtain additional vocational expert testimony regarding Plaintiff's ability at step five to do other work. Plaintiff may present new arguments and further medical evidence, if such evidence becomes available.

PAGE 1 ORDER [05-5500-RBL]

This case is reversed and remanded on the above grounds pursuant to sentence four of 42 U.S.C. § 405(g). Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d).

DATED this 1st day of December, 2005.

_____
RONALD B. LEIGHTON

UNITED STATES DISTRICT JUDGE

Recommended for Entry:

   s/ Karen L. Strombom
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ JOANNE E. DANTONIO   WSB # 23623
Special Assistant U.S. Attorney
Office of the General Counsel
701 Fifth Ave, Ste 2900, M/S 901
Seattle, WA   98104-7075
Phone:  206-615-2730
Fax:      206-615-2531
joanne.dantonio@ssa.gov

PAGE 2 ORDER [05-5500-RBL]